IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN BARTHOLOMEW, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ST. LUKES HOSPITAL - | : | |
| ALLENTOWN CAMPUS, | : | |
|     Defendant | : | NO. 02-2876 |

ORDER

AND NOW, this _____ day of August, 2002, upon consideration of the plaintiff's Cross-Motion Seeking Leave of Court to Conduct Pretrial Discovery in the Event Defendant's Motion to Dismiss is Converted by the Court to a Motion for Summary Judgment (Docket #10), and in light of the Order denying defendant's motion to dismiss and the First Scheduling Order which were issued on this date, IT IS HEREBY ORDERED that said Cross-Motion is DENIED as Moot.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.