IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROLYN BARTHOLOMEW,                :       CIVIL ACTION
              Plaintiff      :
                            :
       v.                       :
                            :
ST. LUKES HOSPITAL -                :
ALLENTOWN CAMPUS,                   :
              Defendant      :       NO. 02-2876

ORDER

AND NOW, this _____ day of January, 2003, upon consideration of the letter from defendant's counsel dated January 15, 2003 requesting an extension of the deadline for filing dispositive motions in this case, IT IS HEREBY ORDERED that any and all dispositive motions in this case, including motions for summary judgment, shall be filed on or before January 28, 2003.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.