IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROLYN BARTHOLOMEW,           :        CIVIL ACTION
                    Plaintiff  :
                               :
          v.                   :
                               :
ST. LUKES HOSPITAL -           :
ALLENTOWN CAMPUS,              :
                    Defendant  :        NO. 02-2876


SCHEDULING ORDER

AND NOW, this _____ day of February, 2003, upon consideration of a stipulation by the parties to extend the deadline for the plaintiff to respond to the defendant's motion for summary judgment, which was approved by this Court, IT IS HEREBY ORDERED that:


1.  The plaintiff's response to the defendant's motion for summary judgment shall be filed on or before March 7, 2003.


5.  The Court will hold a final pretrial and settlement conference on Tuesday, April 1, 2003 at 4:00 p.m..


6.  Trial in the case shall commence on Monday, April 7, 2003 at 9:30 a.m..

7.  All parties shall prepare and file with the Clerk of Court their <u>Pretrial Memoranda</u>, in accordance with this order and Local Rule of Civil Procedure 16.1(c) as follows:

        A.   Plaintiffs - fifteen (15) days before the final pretrial conference;

        B.   Defendants - five (5) days before the final pretrial conference.

8.  At least five (5) working days before the case is listed for trial, each party shall submit to the Court, and serve on each other, two (2) copies of proposed points for charge and any proposed special jury interrogatories.  Each point for charge or proposed jury interrogatory shall be numbered and shall be on a separate sheet of paper identifying the name of the requesting party.  Supplemental points for charge will be permitted during and at the conclusion of trial.  Points for charge should be accompanied by appropriate citations of legal authority.

9.  If a party uses any version of the Word Perfect word processing system, it is urged to provide the Court with a disk containing the proposed points for charge and proposed special jury interrogatories.

10.  Before commencement of trial, counsel will pre-mark and exchange all exhibits, and a schedule of exhibits which shall briefly describe each exhibit.  Two (2) copies of the exhibits must be submitted to the Court at least five (5) working days before the case is listed for trial.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.