IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CAROLYN BARTHOLOMEW              :           CIVIL ACTION
                                :
            v.                  :
                                :
ST LUKES HOSPITAL ALLENTOWN CAMPUS  :           NO. 02-2876

### O R D E R

                AND NOW, this 11th day of March, 2003, it is Ordered that Oral Argument on the

Defendant's Motion For Summary Judgment  is scheduled on Friday, April 4, 2003 at 1:00 p.m. in

courtroom 17-B, United States District Court, 601 Market Street, Philadelphia, PA  19106.

                IT IS FURTHER ORDERED that the final pretrial conference is RESCHEDULED to

Friday, April 25, 2003 at 4:30 p.m.

                IT IS FURTHER ORDERED that the TRIAL in the above captioned case is

RESCHEDULED to commence on May 5, 2003 at 9:30 a.m.


ATTEST:                          or   BY THE COURT

BY:_____      _____
        Carol D. James, Deputy Clerk              MARY A. McLAUGHLIN,   J.

***MAILED FROM CHAMBERS 3/11/03:***
   *Vanessa Nenni*

***FAXED FROM CHAMBERS 3/11/03***
   *Donald Russo, Esquire*
   *Sean Hart, Esquire*


Civ 12 (9/83)