IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROLYN BARTHOLOMEW,             :        CIVIL ACTION
            Plaintiff           :
                                 :
                                 :
        v.                       :
                                 :
                                 :
ST. LUKES HOSPITAL -             :
ALLENTOWN CAMPUS,                :
            Defendant            :        NO. 02-2876

ORDER

AND NOW, this _____ day of April, 2003, because there
is a motion for summary judgment pending before this Court, IT IS
HEREBY ORDERED that the final pre-trial scheduled for Friday,
April 25, 2003, and the trial scheduled for Monday, May 5, 2003
are postponed until the Court decides the summary judgment
motion.

BY THE COURT:


_____
MARY A. McLAUGHLIN, J.