IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN BARTHOLOMEW, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ST. LUKES HOSPITAL - | : | |
| ALLENTOWN CAMPUS, | : | |
| Defendant | : | NO. 02-2876 |

ORDER

AND NOW, this _____ day of April, 2003, upon consideration of the defendant's motion for summary judgment (docket # 18), the plaintiff's opposition thereto, and the defendant's reply, and after oral argument on April 4, 2003, IT IS HEREBY ORDERED that, for the reasons set forth in a memorandum of today's date, the motion is GRANTED IN PART and DENIED IN PART as follows:

(1) the motion is granted as to Count I (Violation of Age Discrimination in Employment Act), Count II (Violation of Title VII of the Federal Civil Rights Act), and Count III (Illegal Retaliation in Violation of Title VII and the ADEA) of the amended complaint; and

(2) the motion is denied as to Count IV (Violation of Pennsylvania Wage Payment and Collection Law) of the amended complaint.

The Court will enter judgment as to Counts I-III and remand Count IV to the Court of Common Pleas of Lehigh County after it decides the defendant's motion for sanctions.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.