IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN BARTHOLOMEW, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ST. LUKES HOSPITAL - | : | |
| ALLENTOWN CAMPUS, | : | |
| Defendant | : | NO. 02-2876 |

ORDER

AND NOW, this _____ day of May, 2003, IT IS HEREBY ORDERED that, for the reasons set forth in a memorandum dated April 30, 2003, judgment is hereby entered for the defendant and against the plaintiff on Count I (Violation of Age Discrimination in Employment Act), Count II (Violation of Title VII of the Federal Civil Rights Act), and Count III (Illegal Retaliation in Violation of Title VII and the ADEA) of the amended complaint.

AND IT IS FURTHER ORDERED that Count IV (Violation of Pennsylvania Wage Payment and Collection Law) of the amended complaint is hereby remanded to the Court of Common Pleas of Lehigh County.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.