IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN BARTHOLOMEW | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ST. LUKE'S HOSPITAL - ALLENTOWN CAMPUS | : | NO. 02-2876 |

## O R D E R

AND NOW, this 3rd day of June, Upon consideration of Defendant's Motion for Attorney's Fees of Defendant, St. Luke's Hospital - Allentown Campus, (Doc. # 40), said motion is denied as moot because the parties have agreed to settle all outstanding issues.

_____
MARY A . MCLAUGHLIN